### Bill Coots v. The State.

No. 177.    Decided November 17, 1909.

**Gaming—Betting.**

    Where, upon trial for gaming, the evidence showed that defendant bet in a game of cards, the conviction is sustained.

Appeal from the County Court of Howard. Tried below before the Hon. L. A. Dale.

Appeal from a conviction of unlawfully betting at a game of cards; penalty, a fine of $10.

The opinion states the case.

No brief on file for appellant.

*F. J. McCord,* Assistant Attorney-General, for the State.

DAVIDSON, PRESIDING JUDGE.—Appellant was convicted of gaming. The only ground of the motion for new trial is based upon the statement that the evidence is not sufficient and the conviction is against the law. The evidence fully justifies this conviction, showing that appellant bet in a game of cards. We deem it unnecessary to collate the facts. Appellant introduced no evidence and the State proved that he bet while they were playing cards. The judgment is affirmed.

*Affirmed.*